GILCHREST REALTY CORPORATION, Appellant *v.* VILLAGE OF GREAT NECK PLAZA, Respondent.

Argued November 28, 1949; decided December 29, 1949.

*Gerard L. Carroll* and *C. Ellis Schiffmacher* for appellant.
*Irwin R. Browner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.